B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Louis J Williams**  Case No. **09-21038**
Debtor(s)  Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> AMERICAN GENERAL | **Describe Property Securing Debt:** <br> Misc HHG and furnishings |
|---|---|

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> AMERICAN GENERAL FINANCE | **Describe Property Securing Debt:** <br> 1994 Doublewide Mobile home w/ 2 acres of land |
|---|---|

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>FARMERS FURNITURE | **Describe Property Securing Debt:**<br>Living room suit |

Property will be (check one):
☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>FIRST FRANKLIN | **Describe Property Securing Debt:**<br>2006 ATV |

Property will be (check one):
■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>FNB SOUTH | **Describe Property Securing Debt:**<br>2002 Honda Accord |

Property will be (check one):
■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>YAMAHA/GEMB | **Describe Property Securing Debt:**<br>2006 Yamaha Road Star |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 29, 2010**          Signature  **/s/ Louis J Williams**
                                               **Louis J Williams**
                                               Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **LOUIS J. WILLIAMS,** | : | CHAPTER 7 |
| | : | CASE NO. 09-21038-jsd |
| | : | |
| | : | |
| Debtors, | : | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served a copy of the within Chapter 7 Statement of Intent in the foregoing matter to the interested party below as shown, to wit:

### VIA ELECTRONIC MEANS

Micheal Souther, Chapter 7 Trustee
US Trustee

This the 29 day of November, 20 10.

Respectfully submitted,
THE BANKRUPTCY GROUP, LLC

BY:/S/R. FLAY CABINESS, II
R. FLAY CABINESS, II
Attorney for Debtor
Georgia State Bar No. 002689

20 Hinson St./Suite 3
P.O. Box 723
Hazlehurst, Ga. 31539
912-375-5620

**STATE OF GEORGIA**

**COUNTY OF JEFF DAVIS**

### VERIFICATION AFFIDAVIT

Under penalty of perjury, I declare that I have read the foregoing document and that it is true and correct to the best of my knowledge, information, and belief.

THIS 24 day of November, 2010.

_____
DEBTOR

_____
NOTARY

My Commission Expires 1/22/11